Attachment A

Navigators Insurance Company and Navigators Specialty Insurance Company are New York corporations with their principal place of business located at One Penn Plaza, New York, N.Y., and administrative offices at 400 Atlantic St., Stamford, CT.

Navigators Insurance Company and Navigators Specialty Insurance Company are both wholly owned subsidiaries of The Navigators Group, Inc., which is a Delaware Corporation with its principal place of business in Stamford, CT.

The Navigators Insurance Group, Inc. is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., which is a Delaware Corporation with its principal place of business in Hartford, CT.